# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, | §§§§§§§§§§§§§ | CIVIL ACTION NO. 6:20-cv-1163 |
| | | CIVIL ACTION NO. 6:20-cv-1164 |
| | | CIVIL ACTION NO. 6:20-cv-1165 |
| | | CIVIL ACTION NO. 6:20-cv-1166 |
| Plaintiff, | | CIVIL ACTION NO. 6:20-cv-1167 |
| | | CIVIL ACTION NO. 6:20-cv-1168 |
| v. | | CIVIL ACTION NO. 6:20-cv-1169 |
| | | CIVIL ACTION NO. 6:20-cv-1170 |
| | | CIVIL ACTION NO. 6:20-cv-1171 |
| SALESFORCE.COM, INC., | | CIVIL ACTION NO. 6:20-cv-1172 |
| Defendant. | | **JURY TRIAL DEMANDED** |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following: WSOU Investments, LLC is a private corporation whose parent is WSOU Holdings, LLC. Neither entity is public traded.

Dated: December 18, 2020

Respectfully submitted,

*/s/ James L. Etheridge*            .
James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296

ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on December 18, 2020.

*/s/ James L. Etheridge*
James L. Etheridge