# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, § § § § Plaintiff, § § v. § § SALESFORCE.COM, INC., § § Defendant. § § | CIVIL ACTION 6:20-cv-1164-ADA  **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that attorney Brett A. Mangrum of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Mangrum hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: December 22, 2020**          Respectfully submitted,

/s/ *Brett A. Mangrum*

Brett A. Mangrum
Texas State Bar No. 24065671
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Brett@EtheridgeLaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on December 22, 2020.

*/s/ Brett A. Mangrum*

Brett A. Mangrum