AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-cv-1164-ADA |
| SALESFORCE.COM, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant salesforce.com, inc.                                                                                           .

Date:   03/15/2021                                         /s/ Sam Stake
                                                                    *Attorney's signature*

                                                                    Sam Stake (SBN 257916)
                                                                    *Printed name and bar number*

                                                                    Quinn Emanuel Urquhart & Sullivan, LLP
                                                                    50 California Street, Floor 22,
                                                                    San Francisco CA 94111
                                                                    *Address*

                                                                    samstake@quinnemanuel.com
                                                                    *E-mail address*

                                                                    (415) 875-6600
                                                                    *Telephone number*

                                                                    (415) 875-6700
                                                                    *FAX number*