AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-1164-ADA |
| SALESFORCE.COM, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant salesforce.com, inc.

Date: 03/15/2021

/s/ Scott L. Cole
*Attorney's signature*

Scott L. Cole (SBN 00790481)
*Printed name and bar number*

Quinn Emanuel Urquhart & Sullivan LLP
5209 Spanish Oaks Club Blvd.
Austin TX 78738

*Address*

scottcole@quinnemanuel.com
*E-mail address*

(512) 348-2206
*Telephone number*

*FAX number*