UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | |
| vs. | § | NO: WA:20-CV-01164-ADA |
| | § | |
| SALESFORCE.COM, INC. | § | |

**ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM on Wednesday June 15, 2022 at 10:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 13th day of June, 2022.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE