IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff,*<br><br>v.<br><br>**SALESFORCE.COM, INC.,**<br><br>*Defendant.* | **Civil Action No. 6:20-cv-01163-ADA-DTG**<br>**Civil Action No. 6:20-cv-01164-ADA-DTG**<br>**Civil Action No. 6:20-cv-01165-ADA-DTG**<br>**Civil Action No. 6:20-cv-01166-ADA-DTG**<br>**Civil Action No. 6:20-cv-01167-ADA-DTG**<br>**Civil Action No. 6:20-cv-01168-ADA-DTG**<br>**Civil Action No. 6:20-cv-01169-ADA-DTG**<br>**Civil Action No. 6:20-cv-01170-ADA-DTG**<br>**Civil Action No. 6:20-cv-01171-ADA-DTG**<br>**Civil Action No. 6:20-cv-01172-ADA-DTG** |

## ORDER REGARDING DISCOVERY DISPUTES

This Court, having considered the email summaries, oral arguments, unique facts of this case, and disputes raised by Defendant Salesforce.com, inc. ("Defendant") during the June 15, 2022, Discovery Hearing, hereby ORDERS the following:

Defendant's request to compel Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development's ("Plaintiff") production of prior deposition transcripts or other sworn testimony of Mr. Etchegoyen is DENIED WITHOUT PREJUDICE. However, Defendant may ask Mr. Etchegoyen about his prior testimony in other cases involving Plaintiff when Defendant deposes him.

Signed this 24th day of June, 2022.

_____
HON. DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE