# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-01164-ADA |
| | § | |
| SALESFORCE.COM, INC. | § | |

## ORDER CANCELLING JURY TRIAL

    IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Monday, June 24, 2024 at 09:00 AM is hereby CANCELLED until further order of the court**.

    IT IS SO ORDERED this 11th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE