**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,**<br><br>    *Plaintiff,*<br><br>**v.**<br><br>**SALESFORCE, INC.,**<br><br>    *Defendant.* | Civil Action No. 6:20-cv-01164-ADA<br>Civil Action No. 6:20-cv-01165-ADA<br>Civil Action No. 6:20-cv-01167-ADA<br><br><br>JURY TRIAL DEMANDED |

**OMNIBUS PRETRIAL ORDER**

On October 15, 2024, the Court held a Pretrial Conference in the above-captioned matters.

The Court's rulings on the parties' motions were stated on the record at the conference as set forth

below:

| Case | Motion and ECF No. | Ruling |
|---|---|---|
| -1164;<br>-1165 | Salesforce's Motion to Exclude Expert Opinions and Testimony of Roy Weinstein and the Damages Declaration of Robert Stillerman (ECF No. 377 (-1164); ECF No. 364 (-1165)) | Granted-in-part<br><br>Granted as to Mr. Weinstein's opinions on apportionment regarding the '928 Patent and Mr. Stillerman's opinions in the supporting damages declaration. Denied as to the form of royalty and royalty base as to the '411 Patent, and otherwise moot in light the exclusion of the apportionment opinion as to the '928 Patent. |
| -1165 | Salesforce's Motion to Strike Robert Stillerman's August 8, 2024 Rebuttal Expert Report Re: Invalidity (ECF No. 362) | Denied. |

1

| Case | Motion and ECF No. | Ruling |
|---|---|---|
| -1165 | Salesforce's Motion to Strike Untimely Disclosed Expert Testimony and Opinions of Roy Weinstein (ECF No. 363) | Moot<br><br>Moot in view of the Court's ruling on Salesforce's Motion to Exclude Expert Opinions and Testimony of Roy Weinstein and Damages Declaration of Robert Stillerman, which struck the supplemental Weinstein report. Should Brazos seek to modify any opinions of Mr. Weinstein other than apportionment opinions, Brazos must file a motion requesting leave to do so. |
| -1165 | Brazos' Motion to Exclude Certain Opinions and Testimony of Salesforce's Expert Dr. John Black, Ph.D. (ECF No. 361) | Granted-in-part and denied-in-part.<br><br>Granted-in-part as to Dr. Black's reliance on Dr. Fox to the extent that Dr. Fox has not been deposed and is not brought to trial.<br>Denied as to Dr. Black's reliance on Dr. Hall-Ellis to the extent Dr. Black limits himself to Dr. Hall-Ellis's deposition or in-court testimony. |
| -1165 | Brazos' Motion to Strike and Exclude Certain Opinions and Testimony of Expert Dr. Matthew Shoemake | Granted-in-part.<br><br>Granted with respect to Dr. Shoemake's single reference obviousness opinions and comparisons of the Accused Device with the prior art for invalidity purposes. Otherwise denied. |
| -1165 | Salesforce's Motion for Leave to Amend Invalidity Contentions Regarding U.S. Patent No. 8,280,928 (ECF No. 344) | Granted. |
| -1165; -1167 | Salesforce's Motion for Clarification of the Court's July 29, 2024 Omnibus Order Regarding Pretrial Motions, Specifically Regarding Mr. Stillerman's Reply Report (ECF No. 359 (-1165); ECF No. 327 (-1167)) | All references to account hierarchies, campaign hierarchies, and any hierarchies, or unaccused products other than contact hierarchy in Mr. Stillerman's Reply Report are stricken. |

SIGNED and ORDERED: November 22, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE